**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: 415.561-8440
Facsimile: 415.561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

**BOLT KEENLEY KIM LLP**
Brian H. Kim SBN 215492
James P. Keenley SBN 253106
1010 Grayson Street, Suite Two
Berkeley, CA 94710
Telephone: 510.225.0696
Facsimile: 510.225.1095

Attorneys for Plaintiff
CASEY FICKARDT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CASEY FICKARDT, | CASE NO. 3:14-CV-02290 RS |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE;** |
| v. | **[PROPOSED] ORDER** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendants. | |

1

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
Case No. 3:14-CV-02290 RS

IT IS HEREBY STIPULATED by and between the Plaintiff, CASEY FICKARDT and Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

**SO STIPULATED.**

**RIMAC MARTIN, P.C.**

DATED:  December 23, 2014          By: /s/ Anna M. Martin
                                        ANNA M. MARTIN
                                        Attorney for Defendants
                                        UNUM LIFE INSURANCE COMPANY
                                        OF AMERICA

**LAW OFFICES OF SCOTT E. SHAFFMAN**

DATED:  December 23, 2014          By: /s/ Brian H. Kim
                                        BRIAN H. KIM
                                        Attorney for Plaintiff
                                        CASEY FICKARDT

**SO ORDERED.**

Dated: 12/23/14                     By: _____
                                        HON. RICHARD SEEBORG
                                        UNITED STATES DISTRICT JUDGE